**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND / ODESSA DIVISION**

| | | |
|---|---|---|
| **CARLOS BLANCO and JESSIE BISHOP, each individually and on behalf of all others similarly situated,** | § § § § | |
| **Plaintiff,** | § § | **CIVIL ACTION NO.** |
| **v.** | § § | **7:17-CV-00253-RAJ-DC** |
| **PROPETRO SERVICES, INC. ,** | § § | |
| **Defendant.** | § § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Carlos Blanco and Jessie Bishop ("Plaintiffs") and ProPetro Services, Inc., ("Defendant") (collectively, the "Parties") file this Notice that the Parties have reached a settlement of all of the issues between them. The Parties are in the process of finalizing a settlement agreement. It is the intent of the Parties to file dismissal papers once the settlement agreement is fully executed.

Respectfully submitted,

/s/ Richard J. Burch
Richard J. (Rex) Burch
Texas Bar No. 24001807
Matthew S. Parmet
Texas Bar No. 24069719
**BRUCKNER BURCH P.L.L.C.**
8 Greenway Plaza, Suite 1500
Houston Texas 77046
rburch@brucknerburch.com
mparmet@brucknerburch.com

Michael A. Josephson
Texas Bar No. 24014780
Andrew W. Dunlap
Texas Bar No. 24078444
**JOSEPHSON DUNLAP LAW FIRM**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
mjosephson@mybackwages.com
adunlap@mybackwages.com

**ATTORNEYS FOR PLAINTIFF**

/s/ John B. Brown
John B. Brown
Texas Bar No. 00793412
**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**
Preston Commons West
8117 Preston Road, Suite 500
Dallas, TX 75225
214.987.3800
214.987.3927 (Fax)
john.brown@ogletreedeakins.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This is to certify that on March 29, 2018, the foregoing document was electronically filed with the Clerk of the Court using the e-filing system, which will send notification of such filing to all counsel of record.

/s/ John B. Brown
John B. Brown

33523423.1