UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND / ODESSA DIVISION

| | |
|---|---|
| CARLOS BLANCO and JESSIE BISHOP, Each Individually and On Behalf of All Others Similarly Situated,<br><br>v.<br><br>PROPETRO SERVICES, INC. | **Case No.: 7:17-cv-00253-DC**<br>Collective Action (29 U.S.C. § 216(b))<br>Class Action (FED. R. CIV. P. 23)<br><br>Judge David Counts |

**ORDER OF DISMISSAL WITH PREJUDICE**

Came on to be reviewed the Parties' Joint Stipulation of Dismissal With Prejudice. Having reviewed the Stipulation, the Court orders this case be DISMISSED WITH PREJUDICE.

_____                      _____
Date                                                            David Counts
                                                                     United States District Judge