IN THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| CARLOS BLANCO and JESSIE BISHOP, § <br> Each Individually and on Behalf of All § <br> Others Similarly Situated § <br> § <br> V. § <br> § <br> PROPETRO SERVICES, INC. § | NO. 7:17-CV-253 |

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

It is ORDERED the above-styled and numbered cause is DISMISSED WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and based upon the Plaintiffs' Joint Stipulation of Dismissal With Prejudice [Doc. 15] filed April 20, 2018.

IT IS FURTHER ORDERED that all attorney fees, expenses and court costs shall be borne by the party incurring same. All other relief not expressly granted herein is DENIED.

IT IS FINALLY ORDERED that all pending motions, if any, are DENIED AS MOOT.

It is so **ORDERED**.

SIGNED this 23rd day of April, 2018.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE